**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

**UNITED STATES OF AMERICA,**

v.

**JOGINDER CHEEMA,**

Defendant.

Criminal No. 7:09-cr-15 (HL)

**ORDER**

Before the Court is the United States of America's Motion to Dismiss Indictment (Doc. 143). For the reasons stated therein, the Motion is granted. The indictment against Defendant Joginder Cheema is dismissed without prejudice.

**SO ORDERED**, this 7th day of June, 2012.

*s/ Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE

ebr